UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-108-KSF

DOCK WILDER                                                                                          PLAINTIFF

v.                                               **JUDGMENT**

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                          DEFENDANT

\* \* \* \* \* \* \* \* \*

The Court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **STRICKEN** from the court's active docket.

This March 12, 2009.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge